

**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212)637-2712
Fax. (212) 637-2750

JUN 2 4 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
TIMOTHY L. MOSS,                    :
                                    :
                  Plaintiff,        :
                                    :
          - v. -                    :    STIPULATION AND ORDER
                                    :         OF REMAND
MICHAEL J. ASTRUE,                  :    07 Civ. 6578 (VM)
Commissioner of                     :
Social Security,                    :
                                    :
                  Defendant.        :
- - - - - - - - - - - - - - - - - -x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),



for further administrative proceedings.  The Clerk is directed to enter judgment.  See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated:   New York, New York
         June 20, 2008

                              CENTER FOR DISABILITY ADVOCACY
                              RIGHTS, ("CEDAR"), INC.
                              ATTORNEYS FOR PLAINTIFF

By: _____
    CHRISTOPHER J. BOWES, ESQ.
    100 Lafayette Street
    Suite 304
    New York, New York 10013
    Telephone No. (212) 979-0505

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
    JOHN E. GURA, JR.,
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-2712
    E-mail: john.gura@usdoj.gov

SO ORDERED: 24 June 2008
The Clerk of Court is directed to close this case and withdraw any pending motions, subject to re-opening in the event further proceedings before the Court are warranted as a result of the remand for further review ordered herein

_____
Victor Marrero
United States District Judge