**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TIMOTHY L. MOSS,

                Plaintiff,                      07 **CIVIL** 6578 (VM)

      -against-                             **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                Defendant.
-----------------------------------------------------------X

**SCANNED**

      Whereas the parties having stipulated that this action be remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on June 24, 2008, having rendered its Order directing the Clerk of the Court to enter judgment remanding this matter to the Commissioner for further proceedings, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 24, 2008, this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings; accordingly, the case is closed and any pending motions are withdrawn, subject to reopening in the event further proceedings before the Court are warranted as a result of the remand for further review.

**Dated:** New York, New York
         June 24, 2008

                                               **J. MICHAEL McMAHON**
                                                 Clerk of Court
                           BY:
                                                   **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____