# Center for Disability Advocacy Rights (CeDAR), Inc.

841 Broadway, Suite 605
New York, New York 10003
Tel. (212) 979-0505
Fax (212) 979-8778

**CHRISTOPHER JAMES BOWES**
**EXECUTIVE DIRECTOR**

July 23, 2008

Hon. Victor Marrero
United States District Court Judge
500 Pearl Street
New York, NY 10007

RE: Moss v. Astrue
07 Civ. 6578(VM)

Dear Judge Marrero:

      I am writing to submit a copy of plaintiff's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act filed with the clerk of the court today. Please note that at this time I am filing a Declaration in support of the motion but ask the Court to grant plaintiff's request to defer the filing of a Memorandum of Law. The parties may be able to settle plaintiff's request and I therefore request that the plaintiff be granted an additional 60 days to submit a Memorandum of Law should the parties snot be able to settle.

Respectfully submitted,

Christopher James Bowes

cc: AUSA John E. Gura

---

Request GRANTED. The parties are directed to meet and confer in an effort to resolve plaintiff's application for attorney's fees without additional motion practice. In the event they are not able to achieve a settlement amicably, defendant shall respond to this motion within 60 days of this order.

SO ORDERED:

DATE: 7-24-08

VICTOR MARRERO, U.S.D.J.